UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, | No. 2:18-cv-2162 CKD P |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL J. LONG, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a purported civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has neither filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 nor paid the filing fee for this action. However, the court recently learned that plaintiff is not permitted to proceed in forma pauperis because he was declared a three-strikes litigant pursuant to 28 U.S.C. § 1915(g). Bonilla v. Lively, 4:11-cv-3180 CW (N.D. Cal. Oct. 25, 2011). The court further notes that plaintiff does not allege that he is under "imminent danger of serious physical injury" so as to avoid paying the filing fee in this action. See 28 U.S.C. § 1915(g).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted 14 days within which to pay the $400 filing fee for this action.

/////

/////

2. Failure to pay the filing fee within 14 days will result in a recommendation that this action be dismissed.

Dated: September 4, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/boni2162.payfee